1  **JOSEPH M. McMULLEN**
California State Bar No. 246757
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3  San Diego, California 92101-5030
Telephone: (619) 234-8467
4  Email: Joseph_McMullen@fd.org

5
Attorneys for Patrick Moll
6

7

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10                       **(HONORABLE JAN M. ADLER)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 07MJ2689 |
| Plaintiff, | |
| v. | **NOTICE OF ATTORNEY APPEARANCE** |
| PATRICK MOLL, | |
| Defendant. | |

Pursuant to implementation of the CM/ECF procedures in the Southern District of California, Vincent J. Brunkow and Federal Defenders of San Diego, Inc. files this Notice of Appearance as lead counsel in the above-captioned case.

                                    Respectfully submitted,


Dated: November 21, 2007             /s/ Joseph M. McMullen
                                    **JOSEPH M. MCMULLEN**
                                    Federal Defenders of San Diego, Inc.

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

U S Attorneys Office Southern District of California
Email: Efile.dkt.gc2@usdoj.gov

DATED:  November 21, 2007           /s/ Joseph M. McMullen
**JOSEPH M. MCMULLEN**
Federal Defenders of San Diego, Inc.